IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:18CR152-1
:
TYLER JAMES BELK :

The Grand Jury charges:

## COUNT ONE

On or about March 15, 2018, in the County of Rowan, in the Middle District of North Carolina, TYLER JAMES BELK did knowingly possess material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, including by computer; in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## COUNT TWO

From on or about January 4, 2018, continuing up to and including on or about January 6, 2018, the exact date to the Grand Jurors unknown, in the

County of Rowan, in the Middle District of North Carolina, TYLER JAMES BELK, with the intent to harass and intimidate minor female T.W., did use any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to minor female T.W; in violation of Title 18, United States Code, Sections 2261A(2)(b) and 2261(b).

## COUNT THREE

From on or about January 4, 2018, continuing up to and including on or about January 6, 2018, the exact date to the Grand Jurors unknown, in the County of Rowan, in the Middle District of North Carolina, TYLER JAMES BELK, with the intent to extort a thing of value from minor female T.W., did transmit in interstate and foreign commerce any communication containing

2

any threat to injure the reputation of minor female T.W.; in violation of Title 18, United States Code, Section 875(d).

DATED: April 30, 2018

MATTHEW G.T. MARTIN
United States Attorney

BY: ERIC L. IVERSON
Assistant United States Attorney

A TRUE BILL:

___
FOREPERSON